Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (NonPrisoner)

# UNITED STATES DISTRICT COURT
### for the
Southern District of

Northern Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**DEC 27 2023**

ARTHUR JOHNSTON
BY_____ DEPUTY

|  |  |
|---|---|
| Vicki L. Chaney Gooden | ) |
| c/o X (minor) | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) |
| -v- | ) |
| Jackson Public Schools, Campus Enforcement Roosevelt Ellis and Marvin Williams   and Henley-Young Juvenile Justice Crystal Allen and Angelia Wallace | ) ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |

Case No. 3:23cv 3177-HTW-LGI

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   x☐ Yes     No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (NonPrisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

| Name | Vicki L. Chaney Gooden | | |
|---|---|---|---|
| Address | 3071 Suncrest Drive | | |
| | Jackson | MS | 39212 |
| | *City* | *State* | *Zip Code* |
| County | Hinds | | |
| Telephone Number | 601-882-7189 | | |
| E-Mail Address | vchane@aol.com | vickichaney52@gmail.com | |

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| Name | Roosevelt Ellis | | |
|---|---|---|---|
| Job or Title *(if known)* | Sergeant | | |
| Address | 2601 Ivanhoe Ave | | |
| | Jackson | MS | 39213 |
| | *City* | *State* | *Zip Code* |
| County | Hinds | | |
| Telephone Number | 601-360-2603 | | |
| E-Mail Address *(if known)* | n/a | | |

Individual capacity        Official capacity

Defendant No. 2

| Name | Marvin Williams | | |
|---|---|---|---|
| Job or Title *(if known)* | Investigator | | |
| Address | 2601 Ivanhoe Ave | | |
| | Jackson | MS | 39213 |
| | *City* | *State* | *Zip Code* |
| County | Hinds | | |
| Telephone Number | 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 | | |
| E-Mail Address *(if known)* | n/a | | |

Individual capacity        Official capacity

Defendant No. 3

| Name | Crystal Allen | | |
|---|---|---|---|
| Job or Title *(if known)* | Intake | | |
| Address | 940 E. McDowell Rd | | |
| | Jackson | MS | 39204 |

| | *City* | *State* | *Zip Code* |
|---|---|---|---|
| County | Hinds | | |
| Telephone Number | 601-985-3000 | | |

Defendant No. 4

| | |
|---|---|
| Name | Angelia Wallace |
| Job or Title *(if known)* | Court Administrator |
| Address | 940 E. McDowell Rd |

| City | State | Zip Code |
|---|---|---|
| Jackson | MS | 39404 |

| | |
|---|---|
| County | Hinds |
| Telephone Number | 601-985-3000 |
| E-Mail Address *(if known)* | n/a |

Individual capacity          Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.       Are you bringing suit against *(check all that apply)*:

         x Federal officials (a *Bivens* claim)

         x State or local officials (a § 1983 claim)

B.       Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         No Child Left Behind Act, IDEA

C.       Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

         Sixth Amendment

D.       Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color

of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the

Cardozo Middle School, Merit Hospital ER and Henley-Young Juvenile Justice

B.  What date and approximate time did the events giving rise to your claim(s) occur?

February 25, 2023; February 26, 2023; March 8, 2023; March-May 2023; May 4, 2023; May 15, 2023; Mary 19, 2023, May 26, 2023; June 2, 2023; June 9, 2023; June 16, 2023, June 23, 2023; June 30, 2023, October 5, 2023, October 13, 2023; October 16, 2023 and December 20, 2023

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Minor was choked and threatened to be killed on campus while waiting to be transported to an off-campus field trip.  There were limited chaperones, if any. Minor was sitting on the bench when grabbed from behind and choked. Minor was threatened to be killed, if he reported the incident.  A male student intervened and pulled the accuser off of minor, which relieved the choke. Minor suffered breathing issues and coughing severely.

Sergeant withheld proper procedures, gave misleading information and failed to follow procedures, which prolonged the procedures and caused the minor to be in danger daily at school. Investigator gave misleading information and failed to notify the school, which prolonged the procedures and caused the minor to be in danger daily at school. Intake gave misleading information and failed to follow procedures, failed to notify or communicate in a timely manner, which resulted in a false court date and appearance and minor to be in danger daily. Court Administrator failed to follow procedures and provide correct information,which caused false court appearance and gave misleading information, which prolonged the case.  Each had a duty to inform and investigate. Each knew or should have known.

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Minor suffered breathing issues and sought medical attention

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for

the acts alleged.  Explain the basis for these claims.

Plaintiff is seeking the maximum of general/punitive damages for loss of joylessness, loss of activities and interests, pain and suffering, mental anguish etc...

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            12-26-23

Signature of Plaintiff
Printed Name of Plaintiff            Vicki L. Chaney Gooden

B.    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Page of 6

City            State            Zip Code
Telephone Number
E-mail Address