**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**VICKI L. CHANEY GOODEN** **PLAINTIFF**

**vs.** **CIVIL ACTION No: 3:23-CV-3177-HTW-LGI**

**JACKSON PUBLIC SCHOOLS, CAMPUS ENFORCEMENT, ROSSEVELT ELLIS, MARVIN WILLIAMS, HENLEY-YOUNG JUVENILLE JUSTICE, CRYSTAL ALLEN, ANGELIA WALLACE** **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 9]**. In her Report and Recommendation, filed on February 26, 2025, Magistrate Judge Isaac recommended that Plaintiff Gooden's lawsuit be dismiss, without prejudice, for failure to prosecute, unless Plaintiff files an objection within fourteen (14) days, showing good cause for her failure to comply with directives of this Court. To date, more than a year later, no objection has been filed, and no such good cause has been shown.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 9]**, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED** that Plaintiff Vicki L. Chaney Gooden's lawsuit is dismissed with prejudice. Plaintiff may reopen her case within fourteen (14) days of this Order, contingent upon a showing of good cause for her failure to prosecute.

**SO ORDERED this the 15th day of October, 2026.**

**/s/HENRY T. WIGNATE**
**UNITED STATES DISTRICT COURT JUDGE**